| | |
|---|---|
| 1 | SCOTT N. SCHOOLS, SC 9990<br>United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>EDWARD A. OLSEN, CSBN 214150 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone: (415) 436-6915<br>FAX: (415) 436-6927 |
| 7 | |
| 8 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| BEHZOD A. NEJAD, | ) | |
| | ) | Case No. 06-6954 MHP |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ALBERTO GONZALES, Attorney General of the United States; MICHAEL CHERTOFF, Secretary of the United States Department of Homeland Security; EDUARDO AGUIRRE, Acting Director of the Bureau of Citizenship and Immigration Services; and DAVID STILL, Director of the San Francisco District Office of the Bureau of Citizenship and Immigration Services, | ) ) ) ) ) ) ) ) | **STIPULATION TO EXTEND DATE OF CASE MANAGEMENT CONFERENCE; AND [PROPOSED] ORDER** |
| Defendants. | ) | |

The plaintiff, by and through his attorney of record, and defendants, by and through their attorneys of record, hereby stipulate, subject to approval of the Court, to extend the date of the case management conference based on the following:

(1) The plaintiff is a native and citizen of Iran who was granted asylum by the United States Citizenship and Immigration Services (USCIS) on December 13, 1995.

(2) The plaintiff filed an application for naturalization with USCIS on July 30, 2002.

(3) On November 7, 2006, the plaintiff filed the instant complaint under 8 U.S.C. § 1447(b), which provides that if the USCIS has failed to make a determination on an individual's

1 application for naturalization within 120 days after the date on which the applicant is examined,
2 the applicant may apply to the United States District Court for a hearing on the matter, and the
3 District Court "may either determine the matter or remand the matter, with appropriate
4 instructions, to the Service to determine the matter." 8 U.S.C. § 1447(b).

(4) On or about March 12, 2007, the USCIS issued a Notice of Intent to Terminate Asylum Status, informing the plaintiff of the agency's intent to terminate his asylum status based on allegations of fraud and advising the plaintiff of his right to present evidence at a hearing to establish that he is still eligible for asylum. A copy of that Notice is attached.

(5) The plaintiff's hearing at USCIS is scheduled for April 12, 2007.

(6) The parties agree that this Court should place the instant case in abeyance pending a decision by USCIS on whether to terminate the plaintiff's asylee status because if USCIS terminates the plaintiff's asylee status, this case will be moot.

(7) USCIS intends to expeditiously issue a decision on whether to terminate the plaintiff's asylee status.

(8) The parties will promptly inform this Court when USCIS issues a decision on whether to terminate the plaintiff's asylee status and will then file a stipulation asking this Court to either dismiss the case as moot or schedule a case management conference.

Dated: March 19, 2007                         /s/
                                              NEDA A. ZAMAN
                                              Attorney for Plaintiff

Dated March 19, 2007                          /s/
                                              EDWARD A. OLSEN
                                              Assistant United States Attorney
                                              Attorney for Defendants

STIPULATION TO EXTEND DATE OF CMC
C06-6954 MHP                                  2

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: March 20, 2007

_____
MARILYN HALL PATEL
United States District Judge



STIPULATION TO EXTEND DATE OF CMC
C06-6954 MHP                                           3