```
SCOTT N. SCHOOLS, SCSBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6915
   FAX: (415) 436-6927

Attorneys for Defendants
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BEHZOD A. NEJAD,<br><br>    Plaintiff,<br><br>    v.<br><br>ALBERTO GONZALES, Attorney General of the United States; MICHAEL CHERTOFF, Secretary of the United States Department of Homeland Security; EDUARDO AGUIRRE, Acting Director of the Bureau of Citizenship and Immigration Services; and DAVID STILL, Director of the San Francisco District Office of the Bureau of Citizenship and Immigration Services,<br><br>    Defendants. | Case No. 06-6954 MHP<br><br>**STIPULATION TO DISMISS;<br>AND [PROPOSED] ORDER** |

    The plaintiff, by and through his attorney of record, and defendants, by and through their attorneys of record, hereby stipulate, subject to approval of the Court, to dismissal of the above-entitled action in light of the following:

    (1)  The plaintiff is a native and citizen of Iran who was granted asylum by the United States Citizenship and Immigration Services (USCIS) on December 13, 1995.

    (2)  The plaintiff filed an application for naturalization with USCIS on July 30, 2002.

    (3)  On November 7, 2006, the plaintiff filed the instant complaint under 8 U.S.C. § 1447(b), which provides that if the USCIS has failed to make a determination on an individual's

1  application for naturalization within 120 days after the date on which the applicant is examined,
2  the applicant may apply to the United States District Court for a hearing on the matter, and the
3  District Court "may either determine the matter or remand the matter, with appropriate
4  instructions, to the Service to determine the matter." 8 U.S.C. § 1447(b).

5  (4) On or about March 12, 2007, the USCIS issued a Notice of Intent to Terminate Asylum
6  Status, informing the plaintiff of the agency's intent to terminate his asylum status based on
7  allegations of fraud and advising the plaintiff of his right to present evidence at a hearing to
8  establish that he is still eligible for asylum.

9  (5) On March 19, 2007, the parties filed a stipulation, asking this Court to place the instant
10 case in abeyance pending a decision by USCIS on whether to terminate the plaintiff's asylee status
11 because if USCIS terminates the plaintiff's asylee status, this case will be moot.

12 (6) On March 21, 2007, this Court signed the parties' stipulation.

13 (7) The USCIS terminated the plaintiff's asylum status effective June 14, 2007. A copy of the
14 termination notice is attached to this stipulation.

15 (8) In light of the fact that USCIS has terminated the plaintiff's asylum status, the parties
16 agree that this Court should dismiss this case as moot.

17 (9) Each of the parties shall bear their own costs and fees.

Dated: October 29, 2007
/s/
NEDA A. ZAMAN
Attorney for Plaintiff

Dated: October 29, 2007
/s/
EDWARD A. OLSEN
Assistant United States Attorney
Attorney for Defendants

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 10/30/2007

MARILYN H. PATEL
United States District Judge

IT IS SO ORDERED
Judge Marilyn H. Patel

STIPULATION TO DISMISS
C06-6954 MHP